UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| Julia M. Bennett | * | CASE NO.: 09-27601 |
| | * | CHAPTER 13 |
| Debtor. | * | |

## OBJECTION TO CONFIRMATION

Creditor, Fort Meade Community Credit Union ("FMCCU"), objects to confirmation of the Amended Plan proposed by the Debtor in this case because:

1. Notices for FMCCU were mailed to the Credit Union's mailing address. As such, FMCCU did not receive proper notice regarding the filing and plan of the above captioned bankruptcy matter.

2. FMCCU is owed $21,598.23 for money loaned to the Debtor less than 4 months prior to her filing of bankruptcy.

3. FMCCU is under the belief that the Debtor intended to, and has, defrauded FMCCU with respect to the money loaned.

4. FMCCU is not scheduled to receive any payments pursuant to Debtor's Amended Chapter 13 plan.

5. FMCCU should be paid the total balance of $21,598.23 or at the very least be compensated via Debtor's Chapter 13 Bankruptcy plan, to the maximum extent permitted by law.

WHEREFORE, Fort Meade Community Credit Union hereby requests that this Honorable Court Deny Debtor's Amended Chapter 13 plan without leave to amend, or in the

alternative Deny Debtor's Amended Chapter 13 plan with leave to amend and instructions to include FMCCU.

Dated: April 2, 2010

_____
John Yannone on behalf of Fort Meade Community Credit Union
One East Lexington Street, Suite 200
Baltimore, MD 21202
(410) 539-6087